UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


MARIO MORENO,

    Petitioner,

Case No. 1:07-cv-1184

v.

HONORABLE PAUL L. MALONEY

SUSAN DAVIS,

    Respondent.
_____/


## **JUDGMENT**

    Having issued an order adopting a report and recommendation and denying the petition for writ of habeas corpus, pursuant to FED.R.CIV.P. 58, **JUDGMENT** is hereby entered in favor of respondent and against the petitioner.


Date: May 27, 2010                                     /s/ Paul L. Maloney
                                                                              Paul L. Maloney
                                                                              Chief United States District Judge